UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CLINTON PARKS, Individually

    Plaintiff,

v.     Case No.:  2:20-cv-188-FtM-38NPM

BRE/SANIBEL INN OWNER L.L.C.,

    Defendant.
_____/

### ORDER[1]

Before the Court is Plaintiff Clinton Parks and Defendant Bre/Sanibel Inn Owner LLC's Stipulation for Approval of Consent Decree and Dismissal of Case with Prejudice. (Doc. 21).  The parties have resolved this matter via a Consent Decree (Doc. 21-1) in which Defendant has agreed to increase accessibility of its website in compliance of Title III of the Americans with Disabilities Act.  The parties stipulated to dismissing this case with prejudice provided the Court retains jurisdiction to enforce the terms of the Consent Decree and to determine, if necessary, Plaintiff's attorney's fees, costs, and litigation expenses.  (Doc. 21).  After review, the Court approves the Consent Decree (Doc. 21-1), retains jurisdiction for a period; will decide, if necessary, Plaintiff's attorney's fees, costs, and litigation expenses; and dismisses the case with prejudice.

    Accordingly, it is now

    **ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

(1) The Consent Decree (Doc. 21-1) is **APPROVED**, and the Court will retain jurisdiction over its enforcement until **February 18, 2021.**

(2) This case is **DISMISSED with prejudice**.

(3) The Clerk is **DIRECTED** to enter judgment dismissing this case with prejudice and subject to the terms of the Consent Decree (Doc. 21-1), which must be attached to the judgment.

(4) The Clerk is further **DIRECTED** to terminate any pending motions or deadlines and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of August 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record